IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEFFREY L. SMITH, ADC #109695                                                                 PLAINTIFF

v.                                             NO: 4:17CV0777 JLH

JAMES WARR                                                                                   DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 27th day of November, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE